IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **SATHEESH MARIMUTHU** *et al.* | § § | |
| v. | § § | NO. 1:13-CV-499 |
| **SIGNAL INTERNATIONAL L.L.C.** *et al* | § | |

**ADVISORY CONCERNING PAGE LIMITTAIONS FOR APPEALS OF MAGISTRATE JUDGE DECISIONS**

Pursuant to Local Rule 72(b) any objections to a magistrate judge's order made on a *non-dispositive* matter and response thereto must be limited to **five** pages. The corresponding reply and sur-reply shall not exceed **three** pages. Under Local Rule 72(c) objections to a magistrate judge's report and recommendation on a *dispositive* matter and response thereto should be limited to **eight** pages. The corresponding reply and sur-reply shall not exceed **four** pages.

Thus far, many, if not all, of the objections and/or appeals to the undersigned's decisions have exceeded the page limitations set forth in the Local Rules. The parties are advised that any future objections and/or appeals filed after the date of this advisory exceeding the page limitations will be stricken from the docket without further notice.

SIGNED this 15th day of July, 2014.

_____
Zack Hawthorn
United States Magistrate Judge