| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SATHEESH MARIMUTHU, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:13-CV-499 |
| § | |
| SIGNAL INTERNATIONAL L.L.C., § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 4.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 64), which recommends that the court grant in part and deny is part the "Motion to Dismiss" of Defendants Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (collectively, "Burnett"). (Doc. No. 38.) The Plaintiffs filed timely objections to the report. (Doc. No. 66.)

Pursuant to the Plaintiffs' objections, the court has conducted a de novo review of the magistrate judge's report and recommendation based on the relevant pleadings, motions, and responses. See FED. R. CIV. P. 72(b)(3). After careful consideration, the court concludes that the magistrate judge correctly determined that Burnett's motion to dismiss should be granted in part and denied in part.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 64) is **ADOPTED**; and Burnett's "Motion to Dismiss" (Doc. No. 38) is **GRANTED** as to the Plaintiffs' Ku Klux Klan Act of 1871 claim and claims of negligent misrepresentation, fraud, and breach of contract. The Plaintiffs are given leave to amend. Should they choose to do so, they

shall amend their complaint within seven (7) days of this order. Burnett's motion as to all other claims is **DENIED**.

SIGNED at Sherman, Texas, this 9th day of September, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE