**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SATHEESH MARIMUTHU, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-CV-499 |
| | § | |
| SIGNAL INTERNATIONAL L.L.C., | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 4.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 126), which recommends that the court deny the "Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) of Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 77). No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 126) is **ADOPTED**; and the "Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) of Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 77) is **DENIED**.

**Signed this date.**

**Mar 23, 2015**

_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE