**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

Satheesh Marimuthu, *et al*.

        Plaintiffs,

v.

                                    Civil File No.: 1:13-cv-499

Signal International LLC, *et al*.,

        Defendants.

## JOINT MOTION FOR PROPOSED ORDER REGARDING DISCOVERY DISPUTE

**NOW COMES,** Plaintiffs and Defendants in this matter hereby stipulate and file this Joint Motion for Proposed Order Regarding Discovery Dispute, asking the Court to issue an Order regarding various discovery related issues.

**WHEREAS,** Signal has issued discovery requests and may seek deposition testimony regarding information and documents that Plaintiffs do not believe are discoverable under the Federal Rules of Civil Procedure, including information and documents relating to Plaintiffs' T Visa applications, employment authorization documents, social media accounts, current employment and income, and citizenship and immigration status following their departures from Signal;

**WHEREAS,** Plaintiffs believe they are entitled to a protective order preventing the disclosure because many of the documents requested are irrelevant and the *in terrorem* effect it would have on Plaintiffs and similarly situated individuals;

WHEREAS, Signal believes that it is entitled to all of the information and documents it has requested, without limitation;

**WHEREAS,** the parties wish to avoid the time and expenses associated with motion practice;

**WHEREAS,** the Eastern District of Texas has previously issued two Orders regarding similar issues, *See Joseph, et al. v. Signal International, LLC, et al,* Doc. Nos. 148, 228 (Case No. 13-cv-00324) (E.D. Tex. Oct. 15, 2014; Feb. 24, 2015);

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by the parties, through their respective undersigned attorneys, that the Court, in its discretion, may issue an Order with the following terms:

The parties will comply with the Order issued in *Joseph, et al. v. Signal International, LLC, et al,* Doc. No. 148 (Case No. 13-cv-00324) (E.D. Tex. Oct. 15, 2014), as though it had been entered in this case;

Defendants shall be precluded from using information or documents produced pursuant to this Stipulation and Order in any other matter pending in the Eastern District of Texas or Eastern District of Louisiana, or any other future dispute related to Signal's recruitment of Indian workers to work at its facilities in Mississippi and Texas following Hurricane Katrina;

Plaintiffs retain the right to object to the admissibility at trial or any other subsequent proceeding of any document or any information produced pursuant to this Stipulation and Order;

Plaintiffs retain the right to seek a protective order or object to the production of documents or information not contemplated or addressed by the Order issued in *Joseph, et al. v. Signal International, LLC, et al,* Doc. No. 148 (Case No. 13-cv-00324) (E.D. Tex. Oct. 15, 2014);

Plaintiffs and Signal retain the right to appeal the Order issued in *Joseph, et al. v. Signal International, LLC, et al,* Doc. No. 148 (Case No. 13-cv-00324) (E.D. Tex. Oct. 15, 2014), as though it had been entered in the above captioned dispute;

WHEREFORE, Plaintiffs and Defendants hereby respectfully request the Court enter an Order regarding the discovery disputes discussed in this Motion.

Date: April 10, 2015　　　　　　　　　By:  */s/ Eric H. Findlay*
　　　　　　　　　　　　　　　　　　　　Eric H. Findlay
　　　　　　　　　　　　　　　　　　　　State Bar No. 00789886
　　　　　　　　　　　　　　　　　　　　**FINDLAY CRAFT, P.C.**
　　　　　　　　　　　　　　　　　　　　102 N. College Ave., Suite 900
　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 534-1100 (Office)
　　　　　　　　　　　　　　　　　　　　Fax:  (903) 534-1137
　　　　　　　　　　　　　　　　　　　　efindlay@findlaycraft.com

　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice:*

　　　　　　　　　　　　　　　　　　　　James E. Dorsey (MN#137893)
　　　　　　　　　　　　　　　　　　　　Sten-Erik Hoidal (MN #35241X)
　　　　　　　　　　　　　　　　　　　　Timothy M. O'Shea (MN #386437)
　　　　　　　　　　　　　　　　　　　　Lousene Hoppe (MN #387171)
　　　　　　　　　　　　　　　　　　　　Andrew F. Johnson (MN#390783)
　　　　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON P.A.**
　　　　　　　　　　　　　　　　　　　　200 South Sixth Street, Suite 4000
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 492-7000
　　　　　　　　　　　　　　　　　　　　Fax:  (612) 492-7077

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**

Date: April 10, 2015　　　　　　　　　By:  s/ Erin Casey Hangartner
　　　　　　　　　　　　　　　　　　　　Erin Casey Hangartner, Esq.
　　　　　　　　　　　　　　　　　　　　Mitchell P. Hasenkampf, Esq.
　　　　　　　　　　　　　　　　　　　　Hangartner, Rydberg & Terrell, LLC
　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 310
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70139

Patricia A. Bollman, Esq.
James L. Cornblatt, Esq.
A Professional Law Corporation
Post Office Box 13707
New Orleans, LA 70185

**Attorneys for Signal International LLC,
Signal International, Inc.
Signal International Texas, G.P., and
Signal International Texas, L.P.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT MOTION FOR PROPOSED ORDER REGARDING DISCOVERY DISPUTE was filed electronically on April 10, 2015.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: April 10, 2015          */s/ Eric H. Findlay*
                                Eric H. Findlay