# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| REJI SAMUEL, *et al.* § | | |
| § | | |
| Plaintiffs. § | | |
| v. § | Case No. 1:13-cv-00323 | |
| § | | |
| SIGNAL INTERNATIONAL LLC, *et al.* § | | |
| § | | |
| Defendants. § | | |
| | | |
| RAJU MEGANATHAN, *et al.* § | | |
| § | | |
| Plaintiffs. § | | |
| v. § | Case No. 1:13-cv-00497 | |
| § | | |
| SIGNAL INTERNATIONAL LLC, *et al.* § | | |
| § | | |
| Defendants. § | | |
| | | |
| SATHEESH KANNAN MARIMUTHU, *et al.* § | | |
| § | | |
| Plaintiffs. § | | |
| v. § | Case No. 1:13-cv-00499 | |
| § | | |
| SIGNAL INTERNATIONAL LLC, *et al.* § | | |
| § | | |
| Defendants. § | | |

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

On this day came on to be considered Plaintiffs' Unopposed Motion to Amend Scheduling Order and the Court is of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that all remaining deadlines, including the pretrial filing and docket call deadlines, are hereby extended by period of 60 days.