**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SATHEESH MARIMUTHU**, *et al.* | § | |
| | § | |
| **v.** | § | **NO. 1:13-CV-499** |
| | § | |
| **SIGNAL INTERNATIONAL L.L.C.**, *et al.* | § | |

### ORDER GRANTING THE PARTIES' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

This case is assigned to the Honorable Marcia Crone, United States District Judge, and is referred to the undersigned United States magistrate judge for all pretrial matters. (Doc. No. 2.) Pending before the undersigned is an "Unopposed Motion to Amend Scheduling Order." (Doc. No. 153.) The Plaintiffs and have Signal have reached a settlement in principle and request that the remaining deadlines in this case be moved sixty to days so that they may devote their resources to finalizing the settlement. The undersigned finds that the parties have demonstrated good cause for a continuance. Accordingly, the parties' "Unopposed Motion to Amend Scheduling Order" (Doc. No. 153) is **GRANTED**. The scheduling order is amended as follows:

| | | |
|---|---|---|
| 1. | October 9, 2015 | The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date. |
| 2. | October 16, 2015 | OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date. |

3.  December 4, 2015        DOCKET CALL at 10:00 a.m. before Hon. Marcia A. Crone, Courtroom No. 3, United States Courthouse, 300 Willow Street, Beaumont, Texas.   The case will be set for Final Pretrial Conference and Trial at the docket call.   The parties should be prepared to try the case on the date of the docket call.

SIGNED this 2nd day of July, 2015.

_____
Zack Hawthorn
United States Magistrate Judge