| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SATHEESH KANNAN MARIMUTHU, ET AL.  §<br>§<br>Plaintiffs, §<br>*versus* §<br>§<br>SIGNAL INTERNATIONAL LLC, ET AL. §<br>§<br>Defendants. §<br>§ | NO. 1:13-CV-00499-MAC |

# ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF TALABATHULLA

On August 24, 2018, Judge Hawthorn entered a report (Doc. No. 152) recommending dismissal of Plaintiff Talabathulla's claims for failure to prosecute under FED. R. CIV. P. 41(b), due to Talabathulla failing to communicate with counsel since November 2013 (*see* Doc. No. 14–2) and not complying with the "Order to Respond to the Withdrawal of Counsel." Doc. No. 149; Doc. No. 150. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 152) is **ADOPTED**, and Plaintiff Talabuthulla's claims are dismissed without prejudice.

SIGNED at Plano, Texas, this 13th day of September, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE